## Commonwealth *v.* Mussett, Appellant.

 Submitted April 10, 1972. *Stephen H. Hutzelman,* for appellant; *Bernard L. Siegel,* First Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.

## Commonwealth *v.* Pannill, Appellant.

 Submitted April 10, 1972. *Sallie Ann Radick* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.